**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Mabel Hanken*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MABEL HANKEN,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**NATIONAL CREDIT ADJUSTERS, L.L.C.; KWIKCASH, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,**<br><br>　　　　　Defendants. | Case No.: 8:22-cv-00032-CJC-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, L.L.C. AND DEFENDANT KWIKCASH, INC.** |

//
//
//
//
//
//
//
//

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff MABEL HANKEN ("Plaintiff") and Defendants NATIONAL CREDIT ADJUSTERS, L.L.C. and KWIKCASH, INC. have agreed upon a settlement as to Plaintiff's claims against these Defendants.

The parties anticipate that they will memorialize and execute their settlement agreement and will a dismissal of Plaintiff's claims against Defendants NATIONAL CREDIT ADJUSTERS, L.L.C. and KWIKCASH, INC. will be forthcoming within sixty (60) days from the date of this notice.

Accordingly, Plaintiff respectfully requests that any deadlines as to these Defendants only be vacated in light of the settlement among these parties. Plaintiff respectfully requests that the Court otherwise retain jurisdiction in the interim.

Dated: June 9, 2022    Respectfully submitted,

                             **KAZEROUNI LAW GROUP, APC**

                             By: *s/ Mona Amini*
                                David J. McGlothlin, Esq.
                                Mona Amini, Esq.
                                Gustavo Ponce, Esq.
                                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On June 9, 2022, I served the within document(s):

**NOTICE OF SETTLEMENT AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, L.L.C. AND DEFENDANT KWIKCASH, INC.**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 9, 2022, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.