**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Mabel Hanken*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABEL HANKEN, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL CREDIT ADJUSTERS, L.L.C.; KWIKCASH, INC.; AND EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No.: 8:22-cv-00032-CJC-JDE <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

//
//
//
//
//
//
//
//

- 1 -
NOTICE OF SETTLEMENT

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff MABEL HANKEN ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Defendant") have agreed upon a settlement as to Plaintiff's claims against Defendant.

The parties anticipate that they will memorialize and execute their settlement agreement and a dismissal of Plaintiff's claims against Defendant will be forthcoming within sixty (60) days from the date of this notice—September 12, 2022.

Accordingly, Plaintiff respectfully requests that any deadlines be vacated in light of the settlement among Plaintiff and Defendant. Plaintiff respectfully requests that the Court otherwise retain jurisdiction in the interim.

Dated: July 14, 2022  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _s/ Gustavo Ponce_
    David J. McGlothlin, Esq.
    Mona Amini, Esq.
    Gustavo Ponce, Esq.
    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 6069 S. Fort Apache Rd., Suite 100, Las Vegas, Nevada 89148. On July 14, 2022, I served the within document(s):

**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct. Executed on July 14, 2022, at Las Vegas, Nevada.

/s/ Gustavo Ponce
GUSTAVO PONCE, ESQ.